Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 09−29676−NLW
    Chapter: 7
    Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin L Prentice | Fatou Prentice |
| 58 Jay Street | 58 Jay Street |
| Hackensack, NJ 07601 | Hackensack, NJ 07601 |

Social Security No.:
  xxx−xx−5172                      xxx−xx−4221

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 19, 2009</u>              <u>Novalyn L. Winfield</u>
                                                Judge, United States Bankruptcy Court